Form 3A
(10/05)

# United States Bankruptcy Court

_____ District Of _____ Illinois _____

In re _Edna L. Easter-Wise_
                Debtor

Case No. _08-12589_

Chapter _7_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _899_ in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the Filing Fee.*

    $ _74.75_      Check one ☐   With the filing of the petition, or
                            ☑   On or before _6-16-08_

    $ _74.75_ on or before _7-16-08_

    $ _74.75_ on or before _8-15-08_

    $ _74.75_ on or before _9-16-08_

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 16 2008

KENNETH S. GARDNER, CLERK
PS REP. - SW

\*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____          _____
Signature of Attorney      Date

Signature of Debtor          _5-16-08_
(In a joint case, both spouses must sign.)          Date

_____
Name of Attorney

_____          _____
Signature of Joint Debtor (if any)          Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
District Of _____ Illinois _____

In re _Edna L, Easter-Wise_
          Debtor

Case No. _08-12589_

Chapter _7_

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐     IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐     IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one  ☐  With the filing of the petition, or
                                ☐  On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐     IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __MAY 1 6 2008__

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Kenneth S. Gardner, Clerk of the Court